IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 07 2007

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

| | |
|---|---|
| KELLY CHURCH and BRIAN CHURCH, Individually and as parents and next friends of OWEN CHURCH, a Minor | PLAINTIFFS |
| vs.    No. 3:07-CV-00033 SWW | |
| ANNETT HOLDINGS, INC., d/b/a FORTUNE EXPRESS, INC., and GABRIEL RODRIGUEZ | DEFENDANTS |

## WARNING ORDER

To:   Gabriel Rodriguez
      4812 Makenna Circle
      Pace, Florida 32571

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, you are hereby notified that a case has been filed in the United States District Court of the Eastern District of Arkansas which may affect your rights. You are hereby warned to appear in this Court within thirty (30) days and answer the Complaint.

Upon failure of Gabriel Rodriguez to do so, the complaint filed herein will be deemed to be admitted and a judgment by default may be entered. The above mentioned co-defendant or any person disiring to be heard concerning this action is hereby notified.

In Witness Whereof, I have hereunto set my hand and seal as Clerk of the Court on this __7th__ day of September, 2007.

**JAMES W. McCORMACK**
Clerk of the United States District Court
Eastern District of Arkansas, Jonesboro Division
By: _Jean Jurman, Deputy Clerk_