# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

|  |  |
|---|---|
| KELLY CHURCH and BRIAN CHURCH, individually and as parents and next friends of Owen Church, a minor<br>　　　　　Plaintiffs<br><br>VS.<br><br>ANNETT HOLDINGS, INC, doing business as Fortune Express, Inc., and GABRIEL RODRIGUEZ<br><br>　　　　　Defendants | * * * * * * * * * * * * * * * | NO: 3:07CV00033  SWW |

## ORDER

Before the Court is Plaintiffs' motion to voluntarily dismiss claims against separate defendant Gabriel Rodriguez (docket entry #23). Also before the Court is Defendant Rodriguez's motion to dismiss for lack of personal jurisdiction (docket entry #16). Plaintiffs' motion is GRANTED and Defendant Rodriguez's motion is DENIED AS MOOT. Plaintiffs' claims against Defendant Rodriguez are DISMISSED WITHOUT PREJUDICE, and Defendant Rodriguez is dismissed as a party to this action.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2007.

　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE