# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION


KELLY CHURCH, ET AL

vs.                              NO.  3:07CV00033 SWW

ANNETT HOLDINGS, INC.


<u>ORDER</u>

The Court previously notified the parties that the trial in the above matter set for April 14, 2008, would be continued due to the Court's schedule.  Counsel have advised of an amicable date for resetting the trial.  Therefore, the above-styled case now is rescheduled for trial to a jury to commence at **_1:30 P.M._** the week beginning **_MONDAY, NOVEMBER 17, 2008_**, in Jonesboro,  Arkansas.  Counsel are to be present thirty minutes prior to trial.

As this matter is being continued shortly before the currently scheduled trial date, there are no deadlines remaining.

**_If the parties anticipate bringing any electronic devices into the courthouse for any proceeding or the trial of this matter, please review General Order No. 54 filed March 24, 2008._**

IT IS SO ORDERED this 9th day of April, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE