# THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

|  |  |  |
|---|---|---|
| KELLY CHURCH <br> and BRIAN CHURCH, individually and <br> as parents and next friends of Owen <br> Church, a minor <br>                       Plaintiffs <br><br> VS. <br><br> ANNETT HOLDINGS, INC, doing <br> business as FORTUNE EXPRESS, INC. <br><br>                       Defendant | * * * * * * * * * * * * * | NO: 3:07CV00033   SWW |

## **ORDER**

Before the Court is Plaintiffs' motion *in limine*.  The Court will not address motions *in limine* in this case until a time closer to the trial date, November 17, 2008.  Accordingly, Plaintiffs' motion *in limine* [docket entry #50]  is DENIED WITHOUT PREJUDICE.  Plaintiffs should resubmit their motion closer to trial.

      IT IS SO ORDERED THIS 16th DAY OF APRIL, 2008.

                                          /s/Susan Webber Wright <br>
                                          UNITED STATES DISTRICT JUDGE