IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KELLY CHURCH, ET AL                                               PLAINTIFFS

Vs                              CASE NO. 3:07CV00033 BSM

ANNETT HOLDINGS, INC., d/b/a
FORTUNE EXPRESS, INC.                                             DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on November 20, 2008 in favor of plaintiffs against defendant, following four days of trial:

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of plaintiff Kelly Church in the amount of One Million One Hundred Thousand Dollars ($1,100,000.00) and Brian Church in the amount of Twenty-Five Thousand Dollars ($25,000.00). Pursuant to the stipulation filed, defendant is entitled to a credit in the amount of Nineteen Thousand Nine Hundred Forty-Four Dollars and Thirty-five Cents ($19,944.35) against the judgment.

IT IS SO ORDERED this 21st day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE